# Court of Appeals
# of the State of Georgia

ATLANTA,  March 12, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0156, A26E0157. JONATHAN M. MATTIS v. AX AUTO, INC. et al.

Upon consideration of appellant Jonathan M. Mattis' emergency motions for temporary remand to the trial court and temporary stay, the motions are hereby denied. See Court of Appeals Rule 40 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  03/12/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*